# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 2, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132824

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                                    SC: 132824
                                                    COA: 263275
                                                    Oakland CC: 2004-199388-FH

ROBERT DANE FERGUSON,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 14, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2007



d0425
                                                      Clerk